**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:13-CV-219 |
| | § | Lead Case |
| | § | |
| CHRYSLER GROUP LLC, | § | |
| | § | |
| *Defendant.* | § | |
| ——————————————— | § | |
| | § | |
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:12-CV-195 |
| | § | Consolidated Case |
| SONY COMPUTER ENTERTAINMENT | § | |
| AMERICA, LLC, | § | |
| *Defendant.* | § | |
| ——————————————— | § | |

## <u>ORDER</u>

Before the court is the parties' Stipulated Motion for Dismissal with Prejudice (Dkt. No. 170) of Defendant Sony Computer Entertainment America, LLC.  The motion is GRANTED. The Court ORDERS that all claims and counterclaims asserted between plaintiff TQP Development, LLC, and defendant Sony Computer Entertainment America, LLC, in the lead consolidated case, <u>TQP Development, LLC v. Chrysler Group LLC</u>, Case No. 2:13-cv-219, and <u>TQP Development, LLC v. Sony Computer Entertainment America, LLC</u>, Case No. 2:12-cv-

195, are dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated January 30, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate the listed defendant from Case No. 2:13-cv-219, and the Clerk is ORDERED to close Case No. 2:12-cv-195.

It is so ORDERED.

SIGNED this 12th day of March, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE